IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STEVE OLDHAM**                                                                                    **PLAINTIFF**

v.                            Case No. 5:12-cv-00348 KGB

**RAY HOBBS** *et al*.                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young (Dkt. No. 23). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's December 14, 2012, Order.

2. All pending motions are denied as moot.

3. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 1st day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE