IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STEVE OLDHAM**                                                                              **PLAINTIFF**

v.                              **Case No. 5:12-cv-00348 KGB**

**RAY HOBBS** *et al*.                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 1st day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE